UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.    CASE NO. 8:10-CR-98-T-17TBM

ELIAS GUADELUPE SOTO.

_____/

ORDER

This cause is before the Court on:

Dkt. 526    Motion for Early Termination of Supervised Release
Dkt. 528    Government's Response to Defendant's Motion for
            Early Termination of Supervised Release

Defendant Elias Guadelupe Soto requests early termination of supervised release.

On November 29, 2011, Defendant Elias Guadelupe Soto entered into a Plea Agreement as to Count One of the Superseding Information.(Dkts. 396, 399). In Count One of the Superseding Information Defendant Soto was charged with Conspiracy to Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. Secs. 841(a)(1), 841(b)(1)(D) and 846. Defendant Soto was sentenced on March 9, 2012 to a 57-month term of imprisonment as to Count One, to run concurrently with Defendant's term of imprisonment imposed in Case 8:10-CR-327-T-30EAJ, a 48-month term of supervised release, and a $100 special assessment fee. At the sentencing, the Court granted the Government's oral Motion for Downward Departure pursuant to 5K1.1. (Dkts. 438, 442, 444). All counts of the Second Superseding Indictment were dismissed on the Government's Motion. (Dkts. 440, 441).

On June 17, 2013, the Government filed a Motion to Reduce Sentence, requesting a two-level downward departure based on Defendant Soto's cooperation. In

Case No. 8:10-CR-98-T-17TBM

this Case, granting the Government's Motion would reduce Defendant Soto's total offense level to 21, criminal history category II (41-51 months). The Court granted the Government's Motion, and sentenced Defendant Soto to a 41-month term of imprisonment, to run concurrently with Defendant's term of imprisonment imposed in Case No. 8:10-327-T-30EAJ; all other terms of the Judgment and Commitment remained in effect except for the Court's recommendations to the United States Bureau of Prisons. (Dkts. 475, 477).

Defendant Soto completed Defendant's term of incarceration and commenced Defendant's term of supervised release on December 15, 2014. Defendant Soto has completed all conditions and more than half of the term of supervised release.

The supervising Probation Officer, Saundra Madison, has advised that Defendant Soto has completed all the terms of Defendant Soto's supervised release.

The Government does not object to Defendant Soto's Motion for Early Termination of Supervised Release.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(b), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), and determine that termination of supervised release is warranted and is in the interest of justice. The Unopposed Motion for Early Termination of Supervised Release (Dkt. 526) is granted. Accordingly, it is

**ORDERED** that Defendant Elias Guadelupe Soto's Unopposed Motion for Early Termination of Supervised Release (Dkt. 526) is **granted**.

Case No. 8:10-CR-98-T-17TBM

**DONE and ORDERED** in Chambers in Tampa, Florida on this 27th day of December, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office